

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00149-CR

Jose Roberto **OBREGON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CR0781-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is dismissed.

SIGNED June 15, 2016.

_____
Luz Elena D. Chapa, Justice